IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| F.A.H., *a minor, who sues by and through her mother and next friend*, KAREN WEBB, ) ) ) ) Plaintiff, ) ) v. ) ) MICHAEL J. ASTRUE, ) COMMISSIONER OF SOCIAL SECURITY, ) ) Defendant. ) | Case No. 2:04-cv-875-TFM [WO] |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment is entered on behalf of the Plaintiff.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 26th day of June, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE